Robert C. Stewart, Respondent, v Patricia C. Stewart, Appellant.—Order unanimously affirmed with costs for reasons stated at Supreme Court, Mordue, J. (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Va-

cate Income Execution.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.